UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, CIVIL NO. 01-1579 (DSD/JMM)

Petitioner,

v. **AMENDED** ORDER

DERRICK WILLIAMSON,

Respondent.

This matter comes before the Court on the Government's Petition to Determine the Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4245 [Docket No. 1] and **Respondent's Motion for Continuance dated October 1, 2001.** The subject of the Petition, Respondent Derrick Williamson, is a federal prisoner who is serving a 120-month sentence imposed by the United States District Court, Southern District of Alabama, and is scheduled to be released on April 26, 2002. The Government is represented by Joan Humes, Esq. The Federal Public Defender's Office has been appointed to represent the Respondent Derrick Williamson.

Based upon all of the files, records, and proceedings herein, the Court being duly advised, it now makes and enters the following Order.

**IT IS HEREBY ORDERED that Respondent's Motion for Continuance dated October 1, 2001 is granted as follows:**

1. A hearing shall be held pursuant to the provisions of 18 U.S.C. § 4245 to determine (1) if Respondent is presently suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility,

FILED OCT 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

and (2) whether the Court should commit Respondent to the custody of the Attorney General for care or treatment in a suitable facility.

2. The hearing shall take place at the Federal Medical Center in Rochester, Minnesota.

**3. The hearing will be held on Thursday, November 15, 2001 at 10:00 a.m.**

4. This Court will not order a further psychiatric or psychological examination of Respondent pursuant to 18 U.S.C. § 4245(b) unless either party, by written Motion, substantiates the need for such an examination.

Dated: October 4, 2001

JOHN M. MASON
United States Magistrate Judge