UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, CIVIL NO. 01-1579 (DSD/JMM)

Petitioner,

v. ORDER

DERRICK WILLIAMSON,

Respondent.

The above matter came on before the undersigned upon the Respondent's Motion For: Delay in Proceeding Pending Acquisitions of Legal Counsel.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Respondent's Motion For: Delay in Proceeding Pending Acquisitions of Legal Counsel is in all respects denied.

Dated: October 11, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

Respondent's Motion seeks a delay in proceedings in order that he may retain private counsel to substitute for current counsel. We first observe that the Office of the Federal Public Defender was appointed to represent Respondent after he testified that he was without funds with which to retain private counsel. It has not been made to appear

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

that his circumstance has changed, and that he has now acquired the funds with which to retain private counsel. In addition, the Court has already postponed the date of the hearing from October 19, 2001 to November 15, 2001. This is sufficient time for Respondent to retain new counsel, and to cause a Substitution of Counsel to be filed pursuant to Local Rule 83.7(b). We expressly find that the representation provided to Respondent by the Federal Public Defender will be of high quality, and that the rights and interests of Respondent will be fully and enthusiastically represented.

To the extent other relief is to be sought from this Court, it must be by Motion presented by counsel for Respondent.

J.M.M.