UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA
Civil No. 01-1579 DSD/JMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| DERRICK WILLIAMSON, | ) | |
| Respondent. | ) | |

The above matter came before the Court upon the United States' request for an extension to respond to Respondent's Memorandum in Opposition to § 4245 Petition.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the United States' request for an extension is GRANTED. The United States shall file its response on Tuesday, December 11, 2001.

Dated: 12/5/01

JOHN M. MASON
United States Magistrate Judge

FILED DEC 0 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______