# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Case No. Civil 01-1579DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Derrick Williamson

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the government's petition to determine present mental condition of an imprisoned person is granted; respondent is committed to the custody of the Attorney General and the Attorney General hospitalize respondent at FMC-Rochester.

DATE: April 17, 2002

RICHARD D. SLETTEN, CLERK

______________________________
Denise La Fond, Deputy Clerk